**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-1477-16T4

JENNIFER WALSH,

    Plaintiff-Appellant,

v.

UNIFIED PLANNING AND ZONING
BOARD OF ADJUSTMENT OF THE
BOROUGH OF SEA BRIGHT and
TYLER NINE, LLC,

    Defendants-Respondents.

_____

Submitted September 17, 2018 - Decided February 15, 2019

Before Judges Haas and Mitterhoff.

On appeal from Superior Court of New Jersey, Law Division, Monmouth County, Docket No. L-0325-16.

Gasiorowski and Holobinko, attorneys for appellant (Alexis L. Gasiorowski, on the brief).

Michael A. Irene, Jr., attorney for respondent Unified Planning and Zoning Board of Adjustment of the Borough of Sea Bright.

PER CURIAM

We have been advised prior to argument that this matter has been amicably adjusted and the parties have stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-1477-16T4